Case Name: VERONICA A. HAZELWOOD
Case No:   06-72410

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/21/07                       WILLIAM T. NEARY
                                   United States Trustee, Region 11

                            BY:   __/s/_____
                                   CAROLE J. RYCZEK
                                 Attorney for the U.S. Trustee