IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
HAZELWOOD, VERONICA A

WOODSTROM, VERONICA A

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06-72410 BARB

JUDGE Manuel Barbosa

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    211 S. Court Street
    Rockford, IL 61101
    on: Monday, September 27, 2007
    at: 9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $       5,512.42

    b. Disbursements                             $           0.00

    c. Net Cash Available for Distribution       $       5,512.42

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $953.75 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | | $29.75 |
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,301.24 | |

| | | |
|---|---|---|
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | $22.51 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $8,695.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 36.86%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | RRCA ACCOUNTS MANAGEMENT, INC. | $ 356.37 | $ 131.36 |
| 2 | KARL E. FELKER, D.M.D., P.C. | $ 1,690.86 | $ 623.25 |
| 3 | Nelnet | $ 4,654.98 | $ 1,715.83 |
| 4 | Household Finance Corporation/Beneficial | $ 1,993.28 | $ 734.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 8-16-07                                    For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3         User: cshabez              Page 1 of 1         Date Rcvd: Aug 22, 2007
Case: 06-72410               Form ID: pdf002            Total Served: 21

The following entities were served by first class mail on Aug 24, 2007.
 db           +Veronica A Hazelwood,    P.O. Box 11,   Eldena, IL 61324-0011
 aty          +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,   Loves Park, IL 61111-5002
 tr           +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
11069089       AMO RECOVERIES,    6737 W. Washington St, Suite 3118,    Milwaukee, WI 53214-5656
11069090       BENEFICIAL,    c/o Freedman, Anselmo, et al,    P.O. Box 3228,   Naperville, IL 60566-3228
11069091       CAPITAL ONE,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11069092      +HARRISON & HARRISON,    600 W. Jackson Boulevard, Suite 400,    Chicago, IL 60661-5623
11069093      +HOUSEHOLD BANK MASTERCARD,    P.O. Box 80084,    Salinas, CA 93912-0084
11304440       Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
                POB 35480,   Newark NJ 07193-5480
11069094      +KARL E. FELKER, D.M.D., P.C.,    303 West Second Street,    Rock Falls, IL 61071-1265
11069095      +KATHERINE SHAW BETHEA HOSPITAL,    403 East First Street,    Dixon, IL 61021-3187
11069096      +KSB MEDICAL GROUP,    215 East First Street,    P.O. Box 737,   Dixon, IL 61021-0737
11069097       NATIONWIDE ASSET SERVICES, INC.,    1990 West Camelback Road, Suite 403,    Phoenix, AZ 85015-3465
11069098       NELNET LOANS,    P.O. Box 2304,    Indianapolis, IN 46206-2304
11277194      +Nelnet,   6420 Southpoint Parkway,    Jacksonville FL 32216-0944
11069099       OSI COLLECTION SERVICES INC.,    P.O. Box 933,    Brookfield, WI 53008-0933
11069100       PROVIDIAN,    P.O. Box 660509,    Dallas, TX 75266-0509
11069101      +RECEIVABLE MANAGEMENT CONSULTANTS,    101 W. Second St. P.O. Box 787,    Dixon, IL 61021-0787
11069102      +RRCA ACCOUNTS MANAGEMENT, INC.,    312 Locust Street,    Sterling, IL 61081-3539
11069103      +U.S. MERCHANT SYSTEMS,    39899 Balentine Drive, Suite 210,    Newark, CA 94560-5361
11069104       UNION PLUS C.C./AFSCME ADVANTAGE,    P.O. Box 80027,    Salinas, CA 93912-0027

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 24, 2007**                    **Signature:**   *Joseph Speetjens*