# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Rockford DIVISION

| | |
|---|---|
| IN RE:<br>HAZELWOOD, VERONICA A<br><br>WOODSTROM, VERONICA A<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-72410 BARB<br><br>JUDGE Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE Manuel Barbosa
   BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 11-19-07                    /s/ Megan G. Heeg
                                  MEGAN G. HEEG, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: January 15, 2008            WILLIAM T. NEARY
                                  United States Trustee

                                  By: Carole J. Ryczek, Attorney for U.S. Trustee



JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 29, 2007 through October 31, 2007
Account Number: **000312019292966**

---

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273

---

00015827 DBI 802 24 30507 - NNN 1 000000000 60 0000
06-72410 HAZELWOOD VERONICA A
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY  Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $5,512.42 |
| Checks Paid | 7 | - 5,512.42 |
| Ending Balance | 7 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 10/01 | $953.75 |
| 102 | 10/01 | 29.75 |
| 103 | 10/03 | 131.36 |
| 104 | 10/03 | 623.25 |
| 105 | 10/05 | 1,715.83 |
| 106 | 10/04 | 734.73 |
| 107 | 10/01 | 1,323.75 |
| Total Checks Paid |  | $5,512.42 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $3,205.17 |
| 10/03 | 2,450.56 |
| 10/04 | 1,715.83 |
| 10/05 | 0.00 |

EXHIBIT C